AO 10
Rev. 1/2006

**FOR CALENDAR YEAR 2005**

*in Government Act of 1978*
*(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) COFFIN, FRANK M | 2. Court or Organization FIRST CIRCUIT | 3. Date of Report 04/4/2006 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. SENIOR CIRCUIT JUDGE | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final | 6. Reporting Period 01/01/2005 to 12/31/2005 |
|---|---|---|
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address 156 FEDERAL STREET PORTLAND, ME 04101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ |
|---|---|

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐    NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. TRUSTEE EMERITUS | BATES COLLEGE |
| 2. DIRECTOR | THE GOVERNANCE INSTITUTE |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2006 APR 10 A 11: 08 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒    NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐　NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|------|-----------------|------------------------------|
| 1. 2005 | W. W. NORTON & COMPANY, INC. royalties | $ 342.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒　NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|------|-----------------|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒　NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|--------|-------------|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|--------|-------------|-------|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|----------|-------------|------------|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Hanover Insurance (Name Change from Allmerica) | A | Dividend | K | T | | | | | |
| 2. Amer. Intl. Group Inc. | A | Dividend | | | Sell | 4/5 | J | D | |
| 3. Bank of America Corp. | A | Dividend | K | T | | | | | |
| 4. H. J. Heinz | A | Dividend | J | T | | | | | |
| 5. MERCK | A | Dividend | J | T | | | | | |
| 6. USB RMA MONEY MRT PORTFOLIO | | None | | | See PartVIII | | | | |
| 7. Exxon Mobil Corp. | A | Dividend | J | T | | | | | |
| 8. Maine Hlth & Hgr Ed. 4.1% (10,000 due 7/1/06) | A | Interest | J | T | | | | | |
| 9. Maine St. Highway 4.375% (10,000 due 6/15/08) | A | Interest | J | T | | | | | |
| 10. ME Mun. Bd. 4.350% (10,000 due 11/1/07) | A | Interest | J | T | | | | | |
| 11. Maine Hlth & Ed. 4.550% (10,000 due 7/1/07) | A | Interest | J | T | | | | | |
| 12. Intel Corp | A | Dividend | J | T | | | | | |
| 13. International Business Machines | A | Dividend | J | T | | | | | |
| 14. Templeton Foreign Fund | A | Dividend | K | T | | | | | |
| 15. ME Hlth & Hgh Ed 4.75% (10,000 due 7/1/05) | A | Interest | | | Redeem | 7/1 | J | A | |
| 16. Janus Worldwide Fund (IRAs) | A | Distribution | | | Transferred | 8/31 | J | A | |
| 17. General Electric | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Cisco Systems, Inc | | None | J | T | | | | | |
| 19. CVS Corp. | A | Dividend | J | T | | | | | |
| 20. McGraw Hill Inc. | A | Dividend | K | T | | | | | |
| 21. Microsoft Corp. | A | Dividend | J | T | | | | | |
| 22. Oshkosh Truck B | A | Dividend | K | T | | | | | |
| 23. Tiffany & Co. | A | Dividend | | | Sell | 3/8 | J | C | |
| 24. Affiliated Computer Serve CLA | | None | | | Sell | 3/8 | J | | |
| 25. Automatic Data Processing | A | Dividend | J | T | | | | | |
| 26. Cintas Corp | A | Dividend | | | Sell | 10/11 | J | | |
| 27. Home Depot Inc | A | Dividend | | | Sell | 3/8 | J | A | |
| 28. Totalfina Elf SA ADR | A | Dividend | J | T | | | | | |
| 29. Wells Fargo & Co | A | Dividend | J | T | | | | | |
| 30. ME HLTH & HIGH ED 2.5%/due 7/1/08 | A | Interest | K | T | | | | | |
| 31. Omnicom Group, Inc. | A | Dividend | J | T | | | | | |
| 32. UBS Bank Deposit Program | A | Interest | K | T | | | | | |
| 33. Medco Health Solutions, Inc. | | None | J | T | | | | | |
| 34. ITT Industries, Inc. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Medtronic Inc. | A | Dividend | J | T | | | | | |
| 36. Praxair, Inc. | A | Dividend | J | T | | | | | |
| 37. Stryker Corp | A | Dividend | J | T | | | | | |
| 38. Genzyme | | None | J | T | | | | | |
| 39. Lucent Technologies WTS | | None | | | Sell | 4/27 | J | A | |
| 40. Proctor & Gamble Co | A | Dividend | J | T | Buy | 3/8 | J | | |
| 41. CR Bard Inc. | A | Dividend | J | T | Buy | 3/8 | J | | |
| 42. Dell Inc | | None | J | T | Buy | 3/8 | J | | |
| 43. Maine Mun Bond BK, 3.250 -- 11/10 | A | Interest | K | T | Buy | 9/29 | K | | |
| 44. Caterpillar Inc. | A | Dividend | J | T | Buy | 10/11 | J | | |
| 45. Fidelity (IRAs) | A | Interest | J | T | Buy | 8/31 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII.

Item 6. USB RMA Money Market Portfolio changed to UBS Bank Deposit Program (Item 32).

Item 32. The financial institution that holds this account is R.M. Davis, Inc.

Items 15 and 45. Funds from the Janus Worldwide Fund (IRAs) were transferred to Fidelity.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544